IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD ) ) ) | |
| Plaintiff, ) ) | Case No. |
| v. ) ) | Judge |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", ) ) ) ) | Magistrate Judge |
| Defendant. ) ) ) | |

**EXHIBIT A**

**U.S. Trademark Registration No. 5,017,523**

# United States of America
## United States Patent and Trademark Office

# Uloveido

| | |
|---|---|
| **Reg. No. 5,017,523** | Weifang Tengyi Jewelry Trading Co., Ltd. (CHINA limited company (ltd.) ) <br> A1111, No.360, Dongfeng East St, Kuiwen |
| **Registered Aug. 09, 2016** | Weifang CHINA 261000 |
| **Int. Cl.: 14** | CLASS 14: Boxes of precious metal; Bracelets; Earrings; Jade; Jewellery; Jewellery cases; Jewelry ornaments; Necklaces; Rings; Wristwatches |
| **Trademark** | FIRST USE 2-23-2013; IN COMMERCE 11-25-2013 |
| **Principal Register** | The mark consists of the stylized wording "Uloveido". |
| | SER. NO. 86-861,294, FILED 12-30-2015 |
| | MIDGE FAE BUTLER, EXAMINING ATTORNEY |



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office