IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"   )<br>)<br>Defendants.   )<br>_____ ) | Case No.<br><br>Judge<br><br>Magistrate Judge |

**EXHIBIT B: COPYRIGHT REGISTRATION FOR VA0002334790**

SN102-2018(1)
SN156-2018 (5)
SN156-2018 (3)



Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

SN102-2018 (1)



SN156-2018 (3)



SN156-2018 (5)

