**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: **Weifang Tengyi Jewelry Trading Co., LTD. v. Avenue A, et al**

Case Number: 23-cv-16785

An appearance is hereby filed by the undersigned as attorney for:

Avenue A Stores LLC

Attorney name (type or print): Katie M. Burnett

Firm: Benesch Friedlander Coplan & Aronoff, LLP

Street address: 71 S. Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6326652
(See item 3 in instructions)

Telephone Number: 312.212.4961

Email Address: kburnett@beneschlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 9, 2024

Attorney signature: S/ Katie M. Burnett
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023