# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WEIFANG TENGYI JEWELRY TRADING CO., LTD ) ) ) Plaintiff, ) ) v. ) ) THE PARTNERSHIPS AND ) UNINCORPORATED ASSOCIATIONS ) IDENTIFIED ON SCHEDULE "A", ) ) Defendant. ) ) ) | Case No. 1:23-cv-16785 Judge Mary M. Rowland Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO DEFENDANT NO. 167 (Avenue A Stores LLC)**

Plaintiff Weifang Tengyi Jewelry Trading Co., Ltd., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to Defendant No. 167 (Avenue A Stores LLC).

Respectfully Submitted this 9th day of May 2024,

*/s/ Lydia Pittaway*
Fla. Bar No: 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
Fax: +1 212-500-3269
lpittaway@fordbanister.com
*Attorney for Plaintiff*

1