## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Weifang Tengyi Jewelry Trading Co., Ltd.

Plaintiff,

v.

The Partnerships And Unincorporated Associations Identified On Schedule "A"  Defendants.

_____/

**Case: 23-cv-16785**

### ORDER GRANTING MOTION FOR EXTENSION

THIS CAUSE having come before the Court on the Motion for Extension of Tiem to File a Response to Complaint [DE 61] (the "Motion"),.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.
2. Defendants shall file s response to the Complaint [DE 1] by July 8, 2024.

DONE AND ORDERED in Chambers at _____, Illinois, this day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record